JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HEIM,<br>        Petitioner,<br>    v.<br>T. PEREZ, *Warden*, et al.,<br>        Respondents. | Case No. LA CV 15-2059 JFW (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Dismiss Action as Untimely and this Court's Order (1) Accepting Report and Recommendation of United States Magistrate Judge and (2) Denying Habeas Petition, Certificate of Appealability, and Evidentiary Hearing.

DATED: December 3, 2015

                                          HON. JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE